**Kenneth E. BLAIR, Appellant,**

v.

**WORKMEN'S COMPENSATION
APPEAL BOARD (GM & W
COAL COMPANY, INC.).**

Supreme Court of Pennsylvania.

Argued Sept. 14, 1998.

Decided Oct. 8, 1998.

Blair V. Pawlowski, David J. Tulowitzki, Ebensburg, for Kenneth E. Blair.

Toni J. Minner, Anne M. Coholan, Paul E. Sutter, Pittsburgh, for GM & W Coal and Old Republic.

David B. Hawkins, Secretary, WCAB.

**1022**

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.